**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Linda Raye Nolan         BK NO. 22-01932 HWV
       Michael DeWayne Nolan

               Debtor(s)        Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
12 Oct 2022, 10:17:06, EDT

                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA  19106
                                             215-627-1322