In re:  Case No. 22-01932-HWV
Michael DeWayne Nolan  Chapter 13
Linda Raye Nolan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Nov 21, 2022      Form ID: ntcnfhrg      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael DeWayne Nolan, Linda Raye Nolan, 8117 Molly Pitcher Highway, Shippensburg, PA 17257-9366 |
| 5499889 | + | Pennsylvania Deparment of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5504677 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5499876 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 21 2022 18:46:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 5499877 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2022 18:53:59 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5499878 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2022 18:45:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5499879 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2022 18:45:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5499880 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 21 2022 18:45:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5499883 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2022 18:53:59 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5499884 | | Email/Text: ECF@fayservicing.com | Nov 21 2022 18:45:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 5499885 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 21 2022 18:45:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5499886 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2022 18:45:00 | Internal Revenue Servce, Special Procedures, PO Box 12051, Philadelphia, PA 19105 |
| 5499888 | + | Email/Text: bankruptcy@patriotfcu.org | Nov 21 2022 18:46:00 | Patriot Federal Credit Union, Attn: Bankruptcy, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 5500351 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2022 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5499890 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 21 2022 18:46:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5499891 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:58 | Syncb/home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499892 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:54:06 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5499893 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:54:06 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499894 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:50 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499895 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:54:06 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499896 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:58 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499897 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:54:05 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499898 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 21 2022 18:46:00 | U.S. Bank Trust National Asso., c/o Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5499899 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 21 2022 18:54:07 | Wells Fargo Home Mortgage, Attn: Written Correspondence, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5499881 | *+ | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5499882 | *+ | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5499887 | *+ | Internal Revenue Service, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Chad J. Julius
on behalf of Debtor 1 Michael DeWayne Nolan cjulius@ljacobsonlaw.com
egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Chad J. Julius
on behalf of Debtor 2 Linda Raye Nolan cjulius@ljacobsonlaw.com
egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Denise E. Carlon
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael DeWayne Nolan,<br>**Debtor 1**<br><br>Linda Raye Nolan,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:22−bk−01932−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 28, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: January 4, 2023<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 21, 2022 |

ntcnfhrg (08/21)