United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 22-01932-HWV

Michael DeWayne Nolan                                              Chapter 13

Linda Raye Nolan

    Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael DeWayne Nolan, Linda Raye Nolan, 8117 Molly Pitcher Highway, Shippensburg, PA 17257-9366 |
| 5499889 | + | Pennsylvania Deparment of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5504677 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5499876 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 21 2022 18:46:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 5499877 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2022 18:53:59 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5499878 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2022 18:45:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5499879 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2022 18:45:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5499880 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 21 2022 18:45:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5499883 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2022 18:53:59 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5499884 | | Email/Text: ECF@fayservicing.com | Nov 21 2022 18:45:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 5499885 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 21 2022 18:45:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5499886 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2022 18:45:00 | Internal Revenue Servce, Special Procedures, PO Box 12051, Philadelphia, PA 19105 |
| 5499888 | + | Email/Text: bankruptcy@patriotfcu.org | Nov 21 2022 18:46:00 | Patriot Federal Credit Union, Attn: Bankruptcy, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 5500351 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2022 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5499890 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 21 2022 18:46:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5499891 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:54:06 | Syncb/home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499892 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:58 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| 5499893 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 21 2022 18:54:07 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499894 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 21 2022 18:53:58 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499895 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 21 2022 18:53:59 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499896 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 21 2022 18:53:59 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499897 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 21 2022 18:53:59 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499898 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Nov 21 2022 18:46:00 | U.S. Bank Trust National Asso., c/o Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5499899 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Nov 21 2022 18:54:07 | Wells Fargo Home Mortgage, Attn: Written Correspondence, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5499881 | *+ | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5499882 | *+ | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5499887 | *+ | Internal Revenue Service, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | |
| | on behalf of Debtor 1 Michael DeWayne Nolan cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | |
| | on behalf of Debtor 2 Linda Raye Nolan cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

Jack N Zaharopoulos (Trustee)
                          TWecf@pamd13trustee.com

United States Trustee

                          ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLANIA**

IN RE:                                    :
                                          :        CASE NO.: 1:22-bk-01932-HWV
MICHAEL DEWAYNE NOLAN AND                 :
LINDA RAYE NOLAN                          :
                                          :
              Debtors                     :

## ORDER

    Upon consideration of the Motion of the Debtors to Extend/Impose the Automatic Stay as

to all creditors, and upon further consideration of any response filed thereto, it is hereby

ORDERED that the automatic stay shall continue as to all creditors for the duration of this

Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or

a motion for relief from stay is granted under §362(d).

               By the Court,

               *Henry W. Van Eck*

               Henry W. Van Eck, Chief Bankruptcy Judge
               Dated: November 21, 2022