IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHAEL DEWAYNE NOLAN | : | |
| LINDA RAYE NOLAN | : | 1:22-bk-01932-HWV |
|    Debtors | : | |

## CERTIFICATE OF SERVICE

I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger hereby certify that on January 6, 2023, a true and correct copy of the ORDER CONFIRMING CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

By: /s/ Chad J. Julius
Chad J. Julius

Date: January 6, 2023

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:22-bk-01932-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Fri Jan 6 14:25:41 EST 2023 | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 | Caliber Home Loans<br>Attn: Bankruptcy<br>P.O. Box 24610<br>Oklahoma City, OK 73124-0610 |
| Capital One/Walmart<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Comenity Bank/Overstock<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Peebles<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Credit Acceptance<br>Attn: Bankruptcy<br>25505 West 12 Mile Road Ste 3000<br>Southfield, MI 48034-8331 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | (p)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 |
| Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Internal Revenue Servce<br>Special Procedures<br>PO Box 12051<br>Philadelphia, PA 19105 | Internal Revenue Service<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220-0001 |
| Patriot Federal Credit Union<br>Attn: Bankruptcy<br>800 Wayne Avenue<br>Chambersburg, PA 17201-3810 | Pennsylvania Deparment of Revenue<br>1 Revenue Place<br>Harrisburg, PA 17129-0001 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, Pa. 17128-0946 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Syncb/home Design<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/ HH Gregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams<br>Attn: Bnakruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/American Eagle<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| U.S. Bank Trust National Asso.<br>c/o Select Portfolio Servicing, Inc<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Wells Fargo Home Mortgage<br>Attn: Written Correspondence<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Wellspan Health<br>P O Box 15119<br>YORK, PA 17405-7119 |

| Chad J. Julius | (p)JACK N  ZAHAROPOULOS | Linda Raye Nolan |
|---|---|---|
| Jacobson & Julius | ATTN CHAPTER 13 TRUSTEE | 8117 Molly Pitcher Highway |
| 8150 Derry Street, Suite A | 8125 ADAMS DRIVE SUITE A | Shippensburg, PA 17257-9366 |
| Harrisburg, PA 17111-5212 | HUMMELSTOWN PA 17036-8625 | |

Michael DeWayne Nolan
8117 Molly Pitcher Highway
Shippensburg, PA 17257-9366

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Fay Servicing Llc | Jack N Zaharopoulos |
|---|---|
| Attn: Bankruptcy Dept | Standing Chapter 13 |
| Po Box 809441 | (Trustee) |
| Chicago, IL 60680 | 8125 Adams Drive, Suite A |
| | Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust National Association, not

End of Label Matrix
Mailable recipients   33
Bypassed recipients    1
Total                 34

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael DeWayne Nolan,　　　　　　　　　　Chapter　　　13

　　**Debtor 1**
　　　　　　　　　　　　　　　　　　　　　Case No.　　1:22-bk-01932-HWV
Linda Raye Nolan,

　　**Debtor 2**


## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on October 31, 2022. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　*Henry W. Van Eck* (signature)

　　　　　　　　　　　　　　　　　　　　Henry W. Van Eck, Chief Bankruptcy Judge

　　　　　　　　　　　　　　　　　　　　Dated: January 4, 2023

orcnfpln(05/18)