UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                        CASE NO.: 1:22-bk-01932-HWV
                                                                          CHAPTER 13

Michael DeWayne Nolan,
    Debtor.

Linda Raye Nolan,
    Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF BRAVO RESIDENTIAL FUNDING TRUST 2021-B ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                  Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                  Authorized Agent for Secured Creditor
                                                  13010 Morris Rd., Suite 450
                                                  Alpharetta, GA  30004
                                                  Telephone: 470-321-7112

                                                  By: /s/Michelle L. McGowan, Esq.
                                                      Michelle L. McGowan, Esq.
                                                      Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on January 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL DEWAYNE NOLAN
8117 MOLLY PITCHER HIGHWAY
SHIPPENSBURG , PA 17257

LINDA RAYE NOLAN
8117 MOLLY PITCHER HIGHWAY
SHIPPENSBURG , PA 17257

And via electronic mail to:

JACOBSON & JULIUS
8150 DERRY STREET, SUITE A
HARRISBURG, PA 17111

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)

8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

            By: /s/ Angela Gill