United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                              Case No. 22-01932-HWV

Michael DeWayne Nolan                                                              Chapter 13

Linda Raye Nolan

     Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5499890 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 25 2024 18:50:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024                       Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Michael DeWayne Nolan cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 2 Linda Raye Nolan cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |

TWecf@pamd13trustee.com

Michelle McGowan

on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
MICHAEL DEWAYNE NOLAN                            :
LINDA RAYE NOLAN                                 :        Case No.: 1:22-bk-01932-HWV
    Debtor(s),                           :
                                                :
MICHAEL DEWAYNE NOLAN                            :
LINDA RAYE NOLAN                                 :        Chapter 13 Bankruptcy
    Movants,                             :
                                                :
    v.                                   :
                                                :
SELECT PORTFOLIO SERVICING, INC                 :
    Respondent(s),                       :
                                                :
JACK N. ZAHAROPOULUS                             :
    Trustee.                             :

## ORDER

Upon consideration of the Debtors' Motion for Approval of Mortgage Modification with

Select Portfolio Servicing, Inc, Doc. 42, it is

**ORDERED** that the Motion is **GRANTED** and the loan modification is approved. The

parties may proceed with the recording of the Lien Modification Agreement with the County

Clerk's office.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 25, 2024