United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                Case No. 22-01932-HWV

Michael DeWayne Nolan                                                                   Chapter 13

Linda Raye Nolan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                  User: AutoDocke                                    Page 1 of 3
Date Rcvd: Jun 11, 2024                         Form ID: pdf010                                   Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael DeWayne Nolan, Linda Raye Nolan, 8117 Molly Pitcher Highway, Shippensburg, PA 17257-9366 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jun 11 2024 18:34:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5499876 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 11 2024 18:35:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 5499877 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 18:40:06 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5499878 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 18:35:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5499879 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 18:35:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5499880 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 11 2024 18:34:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5499883 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 11 2024 18:39:43 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5499884 | | Email/Text: ECF@fayservicing.com | Jun 11 2024 18:35:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 5499885 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 11 2024 18:34:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5499886 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2024 18:35:00 | Internal Revenue Servce, Special Procedures, PO Box 12051, Philadelphia, PA 19105 |
| 5499888 | + | Email/Text: bankruptcy@patriotfcu.org | Jun 11 2024 18:35:00 | Patriot Federal Credit Union, Attn: Bankruptcy, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 5499889 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 18:35:00 | Pennsylvania Deparment of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5500351 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 18:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5499890 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 11 2024 18:35:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5511403 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Jun 11 2024 18:35:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5499891 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 18:39:42 | Syncb/home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499892 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 18:39:50 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499893 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 18:39:42 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499894 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 18:39:43 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499895 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 18:51:05 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499896 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 18:39:49 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499897 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 18:39:43 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499898 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 11 2024 18:35:00 | U.S. Bank Trust National Asso., c/o Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5592320 | + | Email/Text: RASEBN@raslg.com | Jun 11 2024 18:34:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5512873 | | Email/Text: EDBKNotices@ecmc.org | Jun 11 2024 18:34:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 5509609 | | Email/PDF: ebn_ais@aisinfo.com | Jun 11 2024 18:39:43 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5499899 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 11 2024 18:39:43 | Wells Fargo Home Mortgage, Attn: Written Correspondence, Po Box 10335, Des Moines, IA 50306-0335 |
| 5504677 | | Email/Text: bankruptcynotification@wellspan.org | Jun 11 2024 18:35:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5499882 | *+ | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5499881 | *+ | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5499887 | *+ | Internal Revenue Service, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Jun 11, 2024 | Form ID: pdf010 | Total Noticed: 29 |

Date: Jun 13, 2024        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Michael DeWayne Nolan cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 2 Linda Raye Nolan cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michelle McGowan | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Michael DeWayne Nolan

    Debtor 1

Linda Raye Nolan

    Debtor 2

Chapter: 13

Case No.: 1:22-bk-01932-HWV

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 45, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 39, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the Debtors is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 11, 2024